IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| AMINATA TOURE § | |
| *Plaintiff*, § | |
| § | |
| v. § | CAUSE NO. 1:23-cv-00034-JRN |
| § | |
| LOWE'S HOME CENTERS, LLC § | |
| AND LOWE'S COMPANIES, INC. § | |
| *Defendants*. § | |

**FINAL ADR REPORT**

*TO THE HONORABLE JUDGE OF THIS COURT*:

Pursuant to this Court's Order on Mediation Referral [ECF 34], Plaintiff, Aminata Toure and Defendants, Lowe's Home Centers, LLC and Lowe's Companies, Inc. submit this, their Final Alternative Dispute Resolution Report, and would show the Court as follows:

On January 29, 2024, the parties participated in an in-person mediation conducted by Kevin Oncken of COOPER & SCULLY, PC in Austin, Texas. At the conclusion of the mediation, the parties **fully and finally resolved all remaining matters in this case**. The parties have agreed to work together to submit final closing papers with the Court.

Respectfully submitted,

| | |
|---|---|
| /s/ *Brice Phillips* | /s/ *Brian Y. Bernard* |
| Brice Phillips | Brian Y. Bernard |
| STEPTOE & JOHNSON PLLC | BERNARD & ASSOCIATES LAW FIRM |
| 1780 Hughes Landing Blvd., Suite 750 | 1203 Baylor |
| The Woodlands, Texas 77380 | Austin, Texas 78703 |
| **Attorney for Defendants** | **Attorney for Plaintiff** |

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2024, a true and correct copy of the foregoing instrument has been forwarded to all parties listed below via e-service, first class mail, certified mail, return receipt requested, email and/or via facsimile:

Brian Y. Bernard                                          *Via CM/ECF*
BERNARD & ASSOCIATES LAW FIRM
1203 Baylor
Austin, Texas 78703
attorneybernard@yahoo.com


                                      /s/ *Brice Phillips*
                                      Brice P. Phillips

18846217.1
18848371.1