UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**
January 31, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

AMINATA TOURE, §
*Plaintiff* §
§
VS §  Case No. 1:23-CV-34-JRN
§
LOWE'S HOME CENTERS, LLC, §
LOWE'S COMPANIES, INC., §
*Defendants* §

### ORDER

**BE IT KNOWN** before this Court is the above styled and numbered cause of action. This court was notified on January 30, 2024, through the filing of their **ADR Report** (dkt #36), that the parties in this action have reached a settlement.

**IT IS ORDERED** that the final pretrial conference set for Thursday, February 1, 2024, and the jury selection and trial set for Tuesday, February 20, 2024, are hereby **CANCELLED**;

**IT IS FINALLY ORDERED** that the parties file the necessary dismissal documents by Wednesday, February 25, 2024.

**SIGNED** this 31st day of January 2024.

_____
JAMES R. NOWLIN
SENIOR UNITED STATES DISTRICT JUDGE